Nathaniel G. Kelly, Esq. (SBN 262016)
LAW OFFICES OF NATE KELLY
388 Market Street, Suite 1300
San Francisco, CA 94111
Tel: (415) 336-3001
esquire@natekelly.com

Attorneys for Plaintiff Donald Norman

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| DONALD NORMAN, in the Right of and for the Benefit of Intersango, LLC. <br><br> Plaintiff, <br><br> v. <br><br> PATRICK STRATEMAN, AMIR TAAKI, JAMIE STRATEMAN, <br><br> Defendants, <br><br> and <br><br> INTERSANGO LIMITED LIABILITY CORPORATION and INTERSANGO, LLC <br><br> Nominal Defendants. | Case No. 4:16-cv-03587-YGR <br><br> **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT PATRICK STRATEMAN'S MOTION TO DISMISS** <br><br> Date:  October 11, 2016 <br> Time:  2:00 p.m. <br> Judge: Hon. Yvonne Gonzalez Rogers <br>           Courtroom 1 - 4th Floor |

NOTICE IS HEREBY GIVEN by and through Plaintiff Donald Norman's ("Plaintiff") counsel of record, that Plaintiff does not oppose Defendant Norman Strateman's (Strateman) Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1).

Strateman moves to dismiss this action, in part, for lack of subject matter jurisdiction based on Rule 12(b)(1) of the Federal Rules of Civil Procedure, on the ground that there is no diversity jurisdiction pursuant to 28 U.S.C § 1332(a)(2). Plaintiff does not oppose the dismissal of the action pursuant to FRCP 12(b)(1). However, the Ninth Circuit has held that if a district court dismisses an action for lack of subject matter jurisdiction, the dismissal must be made without prejudice and with leave to amend. *See Kelly v. Fleetwood Enterprises, Inc.* 377 F.3d 1034, 1036 (9th Cir. 2004) (stating that the district court should have dismissed the action without prejudice because it lacked subject matter jurisdiction).

Accordingly, Plaintiff does not oppose the dismissal of this action based solely on these grounds, but requests that the dismissal is made without prejudice and with leave to amend. Plaintiff, in order to seek justice for his wrongs, intends to either, in compliance 15(a)(1)(B), file an amended complaint including a federal question claim, thus satisfying subject matter jurisdiction pursuant to FRCP 12(b)(1); or file a related Complaint in California State Court Jurisdiction of San Francisco. Counsel for Plaintiff will seek to meet and confer regarding jurisdictional and ADR options prior to either action.

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT PATRICK STRATEMAN'S MOTION TO DISMISS (CASE NO. 4:16-cv-03587-YGR)**   2

Respectfully Submitted,

DATED: September 15, 2016         **LAW OFFICES OF NATE KELLY**


By: ____/Nathaniel Kelly/_____
    Nathaniel G. Kelly


Law Offices of Nate Kelly
388 Market Street, Suite 1300
San Francisco, CA 94111
(415) 336-3001
Esquire@natekelly.com

Attorneys for Plaintiffs

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT PATRICK STRATEMAN'S MOTION TO DISMISS (CASE NO. 4:16-cv-03587-YGR)**   3