1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7       **DONALD NORMAN**,                          Case No.  16-cv-03587-YGR
                          Plaintiff,
8
                 v.                                 **ORDER TO SHOW CAUSE RE: FAILURE TO
9                                                   PROSECUTE**

        **INTERSANGO, LLC, ET AL.**,
10
                          Defendants.
11

12

13           Plaintiff Donald Norman brings this derivative shareholder action against defendants.

14      (Dkt. No. 35, the "FAC".)  On October 25, 2016, defendants Intersango, LLC and Patrick

15      Strateman each filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

16      (Dkt. Nos. 36, 37.)  Plaintiff's response was due on November 8, 2016, and any replies would

17      have been due on November 15, 2016.  Plaintiff has yet to file a response.  As a result, the Court is

18      considering dismissing plaintiff's lawsuit for "failure to prosecute," that is, a failure to meet

19      deadlines to keep the lawsuit moving forward.

20           Plaintiff is hereby **ORDERED TO SHOW CAUSE** why the Court should not dismiss the case

21      for failure to prosecute.  The Court **SETS** a hearing on this Order for **Friday, December 2, 2016** at

22      **2:00 p.m.,** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1.  Not later

23      than Friday, November 25, 2016, plaintiff must file either:  (i) responses to the motions to

24      dismiss; or (ii) a written response to this Order to Show Cause, indicating why the case should not

25      be dismissed for failure to prosecute.  Failure to comply will be deemed an admission that

26      plaintiff does not intend to prosecute, and his case will be dismissed without prejudice.  If

27      compliance is complete, the Court may vacate the hearing on this Order and the plaintiff need not

28      appear.  If plaintiff files responses to the motions to dismiss by November 25, 2016, defendants'

United States District Court
Northern District of California

1    replies will be due seven (7) days thereafter.

2         The Court also **VACATES** the hearing on defendants' motions to dismiss currently set for

3    November 22, 2016, to be reset if briefing on such motions is complete.

4         **IT IS SO ORDERED.**

5    Dated: November 21, 2016

6    _____

7    **YVONNE GONZALEZ ROGERS**
     **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2