## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 25, 2016, a true and correct copy of PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS was filed electronically with the Clerk of the Court and was served via the Court's CM/ECF System which will automatically provide electronic notice upon all counsel of record.

                                          Nate Kelly
                                              Attorney for Plaintiff
                                              Donald Norman